# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                                PLAINTIFF

v.                    No. 2:18-cv-17-DPM

WENDY KELLEY, Director, ADC; and
MORIEON KELLY, EARU Max                                   DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Whitlow hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*

D. P. Marshall Jr.
United States District Judge

13 March 2018