# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                        PLAINTIFF

v.                       No. 2:18-cv-17-DPM

WENDY KELLEY, Director, ADC; and
MORIEON KELLY, EARU Max                            DEFENDANTS

## JUDGMENT

Whitlow's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
United States District Judge

13 March 2018